# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN, LLC,

        Plaintiff(s),

v.

STARRTRACK ELECTRONICS, INC., et al.,

        Defendant(s).

2:10-CV-1836 JCM (VCF)

### ORDER

Presently before the court is the case of *Righthaven LLC v. StarrTrack Electronics, Inc. et al.* (2:10-cv-01836-JCM-VCF).

On October 30, 2013, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. # 17). Plaintiff had until November 29, 2013, to timely prosecute this case–plaintiff failed to do so.

Further, on December 6, 2013, the court ordered defendant Jerry Bacon to file a status report regarding the status of his bankruptcy proceedings. Defendant Bacon was instructed to file this report on or prior to January 3, 2014. Defendant Bacon failed to file a report. Currently, this case is not stayed, and the court has no basis to assume that Defendant Bacon's bankruptcy proceedings are still ongoing.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Righthaven LLC v. StarrTrack Electronics, Inc. et al.* (2:10-cv-01836-JCM-VCF) be, and the same hereby is, DISMISSED without prejudice.

DATED January 23, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -